# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY TAYLOR, | ) 1:11-cv-00538-GBC (PC) |
| Plaintiff, | ) |
| v. | ) ORDER STRIKING MOTION FOR |
| | ) APPOINTMENT OF COUNSEL |
| SHAY OHANNESSON, et al. | ) (Doc. 3) |
| Defendants. | ) |

Tracy Taylor ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  Plaintiff's motion for appointment of counsel is unsigned.  Every pleading, written motion, and any other papers submitted to the court must be signed.  Local Rule 131; Fed. R. Civ. P. 11(a).  Since Plaintiff has not signed the motion for appointment of counsel, the Court HEREBY ORDERS that Plaintiff's motion for appointment of counsel be STRICKEN.

IT IS SO ORDERED.

Dated:    April 21, 2011                                                       
                                                      UNITED STATES MAGISTRATE JUDGE

1