# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY TAYLOR,<br><br>    Plaintiff,<br><br>    v.<br><br>SHAY OHANNESSON, et al.<br><br>    Defendants. | 1:11-cv-00538-GBC (PC)<br><br>ORDER STRIKING DUPLICATE ORDER GRANTING IFP AND DISREGARDING DUPLICATE MOTION FOR IFP<br><br>(Doc. 15; Doc. 16) |

   Plaintiff Tracy Taylor ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis (IFP) in this civil rights action pursuant to 42 U.S.C. § 1983.  On August 12, 2011, the Court granted Plaintiff's motion to proceed IFP.  Doc. 10.  On August 31, 2012, Plaintiff filed another motion requesting to proceed IFP.  Doc. 15.  On August 31, 2012, the Court granted Plaintiff's motion to proceed IFP.  Doc. 16.

   Given that Plaintiff was already allowed to proceed IFP, the Court hereby orders that the Court order filed on August 31, 2012 (Doc. 16), be STRICKEN as unnecessary and Plaintiff's duplicate motion for IFP (Doc. 15) be disregarded.

IT IS SO ORDERED.

Dated:   November 21, 2012

UNITED STATES MAGISTRATE JUDGE

1