UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY TAYLOR,<br><br>    Plaintiff,<br><br>    v.<br><br>SHAYE O'HANNESON, et al.,<br><br>    Defendants. | Case No.: 1:11-cv-00538-LJO-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S "REPLY TO DEFENDANTS COUNTERCLAIM FOR RELIEF"<br><br>[ECF Nos. 37, 38] |

    Plaintiff Tracy Taylor is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    On November 12, 2013, Defendants filed an answer to Plaintiff's first amended complaint. (ECF No. 34.)

    On November 22, 2013, Plaintiff filed a document entitled "Plaintiff Reply to Defendants Counterclaim for Relief." (ECF NO. 37.) On December 3, 2013, Defendants filed a motion to strike Plaintiff's Reply. (ECF No. 38.)

    Defendants submit that although Plaintiff has titled his pleading as a reply to a counterclaim, Defendants have not yet filed a counterclaim against Plaintiff in this case, and the reply addresses only matters raised in Defendants' answer.

///

///

1

1 | Pursuant to Rule 7(a), of the Federal Rules of Civil Procedure, a reply may be filed to answer, if so ordered to by the court. Fed. R. Civ. P. 7(a)(7). If an unauthorized reply is filed, it should be stricken and deemed a nullity.

In their answer, Defendants have not raised any counterclaims against Plaintiff. (ECF NO. 34.) Plaintiff references the prayer for relief section of Defendants' answer and contends they have no right to those claims. In the prayer for relief section, Defendants request dismissal of the complaint, entry of judgment for Defendants, costs of suit and attorney's fees, and such other relief as the court deems necessary. The relief portion of Defendants' answer does not set forth any counterclaims, rather the prayer for relief is merely the relief to which Defendants claim they are entitled should they prevail in this action.

Federal Rule of Civil Procedure 7(a)(3) provides that only "an answer to a counterclaim designated as a counterclaim" is allowed as a pleading. Although an answer to a counterclaim is referenced, it is limited to pleadings that might be construed as counterclaims. Thus, a responsive pleading is not allowed unless the alleged counterclaim is designated as such. In this case, Defendants have filed an answer to the complaint, and no counterclaims have been designated. Therefore, Plaintiff's reply is not authorized, and should be stricken from the record.

Based on the foregoing, Defendants' request to strike the reply to the answer from the record shall is GRANTED, and the Court of Clerk shall strike Plaintiff's reply to Defendants' answer.

IT IS SO ORDERED.

Dated: __December 23, 2013__                   _____
                                                UNITED STATES MAGISTRATE JUDGE

2