1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    TRACY TAYLOR,                              1:11-cv-00538 LJO SAB (PC)

12                 Plaintiff,

13          v.                                   ORDER DENYING PLAINTIFF
                                                 SECOND MOTION FOR APPOINTMENT
14    SHAY OHANNESSON, et al.,                   OF COUNSEL

15                 Defendants.                   (ECF No. 40)

16

17          On January 9, 2014, plaintiff filed a second motion seeking the appointment of counsel.

18    Previously, on February 21, 2013, Plaintiff filed a motion for the appointment of counsel.

19    Plaintiff's motion was denied on February 25, 2013, as exceptional circumstances to justify the

20    appointment of counsel was not present.

21          As with Plaintiff's first motion for counsel, exceptional circumstances are still not present

22    to warrant appointment of counsel.  Plaintiff does not have a constitutional right to appointed

23    counsel in this action, Rand v. Rowland, 113 F.3d 1520, 1525 (9th Cir. 1997), and the court

24    cannot require an attorney to represent plaintiff pursuant to 28 U.S.C. § 1915(e)(1).  Mallard v.

25    United States District Court for the Southern District of Iowa, 490 U.S. 296, 298, 109 S.Ct. 1814,

26    1816 (1989).  However, in certain exceptional circumstances the court may request the voluntary

27    assistance of counsel pursuant to section 1915(e)(1).  Rand, 113 F.3d at 1525.

28    ///

                                                  1

1    Without a reasonable method of securing and compensating counsel, the court will seek

2  volunteer counsel only in the most serious and exceptional cases.  In determining whether

3  "exceptional circumstances exist, the district court  must evaluate both the likelihood of success

4  of the merits [and] the ability of the [plaintiff] to articulate his claims *pro se* in light of the

5  complexity of the legal issues involved."  Id. (internal quotation marks and citations omitted).

6    In the present case, the court does not find the required exceptional circumstances.  Even

7  if it is assumed that plaintiff is not well versed in the law and that he has made serious allegations

8  which, if proved, would entitle him to relief, his case is not exceptional.  Plaintiff is proceeding

9  against Defendants Ohanneson, Duran, and Smith, for excessive force in violation of the Eight

10  Amendment.  This court is faced with similar cases almost daily.  Further, the court has reviewed

11  the record and does not find that plaintiff cannot adequately articulate his claims.  Id.

12    For the foregoing reasons, plaintiff's motion for the appointment of counsel is HEREBY

13  DENIED, without prejudice.

14
IT IS SO ORDERED.

15

16   Dated:   **January 13, 2014**   _____

UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28
2