UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY TAYLOR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SHAYE O'HANNESON, et al.,<br><br>　　　　　Defendants. | Case No.: 1:11-cv-00538-LJO-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO CONDUCT PLAINTIFF'S DEPOSITION VIA VIDEOCONFERENCE<br><br>[ECF No. 46] |

Plaintiff Tracy Taylor is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On May 14, 2014, Defendants filed a request to conduct Plaintiff's deposition via videoconference pursuant to Rule 30(b)(4) of the Federal Rules of Civil Procedure. Defendants indicate that Plaintiff is presently incarcerated at California State Prison, Los Angeles County (aka Antelope Valley), located at 44750-60th Street, Lancaster, California, approximately 5 hours and 35 minutes away from the Attorney General's Office in Sacramento, California. Defendants intend to take the deposition at the prison on June 25, 2014, at 10:00 a.m., and Defendants have reserved videoconferencing facilities.

///

///

///

1

1     Good cause having been presented to the Court,

2     IT IS HEREBY ORDERED that Defendants' request to take Plaintiff's deposition via
3 videoconference is GRANTED.

4

5 IT IS SO ORDERED.

6   Dated: __**May 14, 2014**__

7                              UNITED STATES MAGISTRATE JUDGE