UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY TAYLOR,<br><br>  Plaintiff,<br><br>  v.<br><br>SHAYE O'HANNESON, et al.,<br><br>  Defendants. | Case No.: 1:11-cv-00538-LJO-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL, DENYING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT, AND DENYING DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT<br><br>[ECF Nos. 53, 61, 71, 72] |

Plaintiff Tracy Taylor is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On December 24, 2014, the Magistrate Judge issued Findings and Recommendations regarding the parties' motions for summary judgment. (ECF No. 72.) The Findings and Recommendations were served on the parties and contained notice that objections were to be filed within thirty days. The thirty day time frame has passed and no objections were filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed on December 24, 2014, is adopted in full; and

2. Plaintiff's motion for partial summary judgment is DENIED;

3. Defendants' motion to strike Plaintiff's surreply is GRANTED;

4. Defendants' motion to strike Plaintiff's statement of undisputed facts in support of his motion for partial summary judgment is DENIED; and

5. Defendants' motion for summary judgment is DENIED.

IT IS SO ORDERED.

Dated:   **February 24, 2015**              /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE