UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY TAYLOR,<br><br>    Plaintiff,<br><br>v.<br><br>SHAYE O'HANNESON, et al.,<br><br>    Defendants. | Case No.: 1:11-cv-00538-LJO-SAB (PC)<br><br>ORDER ASSIGNING ACTION TO MAGISTRATE JUDGE |

Plaintiff Tracy Taylor is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On March 10, 2015, and March 11, 2015, respectively, Plaintiff and Defendants voluntarily consented to United States magistrate judge jurisdiction to conduct any and all further proceedings in this case. (ECF Nos. 75 & 76.)

Accordingly, IT IS HEREBY ORDERED that:

1. This action is assigned to United States magistrate judge Stanley A. Boone for all purposes within the meaning of 28 U.S.C. § 636(c), to conduct any and all further proceedings in the case, including the trial and entry of final judgment;

2. The Clerk of Court is directed to reassign this action in its entirety to United States magistrate judge Stanley A. Boone; and

3. The new case number shall be 1:11-cv-00538-SAB (PC).

**SO ORDERED**
**Dated: March 12, 2015**

                                                            /s/ Lawrence J. O'Neill
                                                       **United States District Judge**