UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY TAYLOR,<br><br>    Plaintiff,<br><br>    v.<br><br>SHAYE O'HANNESON, et al.,<br><br>    Defendants. | Case No.: 1:11-cv-00538-SAB (PC)<br><br>ORDER SETTING TELEPHONIC CONFERENCE CALL<br><br>[ECF No. 78] |

Plaintiff Tracy Taylor is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Pursuant to 28 U.S.C. § 636(c), the parties consented to the jurisdiction of the United States Magistrate Judge.  Local Rule 302; ECF Nos. 75 & 76.

This action is proceeding against Defendants Ohanneson, Duran, and Smith for excessive force in violation of the Eighth Amendment, and is ready to be set for trial.

In the interest of accommodating the parties' schedules, the Court will hold a telephonic hearing for scheduling purposes.

Accordingly,

IT IS HEREBY ORDERED that:

1. A telephonic scheduling hearing will be held on **April 14, 2015, at 10:00 a.m.**, in Courtroom 9 before the undersigned; and

///

2.    Counsel shall contact Courtroom Deputy, Mamie Hernandez, at (559) 499-5672, prior to the hearing date, to receive instructions regarding the conference call.

IT IS SO ORDERED.

Dated:   **March 16, 2015**

UNITED STATES MAGISTRATE JUDGE