UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY TAYLOR,<br><br>    Plaintiff,<br><br>    v.<br><br>SHAYE O'HANNESON, et al.,<br><br>    Defendants. | Case No.: 1:11-cv-00538-SAB (PC)<br><br>ORDER SETTING SETTLEMENT CONFERENCE<br><br>Date: October 5, 2015<br>Time: 10:30 a.m.<br>Place: Courtroom 10 (GSA) |

Plaintiff Tracy Taylor is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

This case is currently set for jury trial on October 26, 2015, before the undersigned.

The parties have expressed a willingness to engage in a settlement conference. Therefore, this case is referred to United States Magistrate Judge Gary S. Austin to conduct a settlement conference at the U. S. District Court, Robert E. Coyle Federal Courthouse located at 2500 Tulare Street, Fresno, CA, in Courtroom #10 on July 30, 2015, at 10:30 a.m.

A separate order and writ of habeas corpus ad testificandum will issue concurrently with this order.

In accordance with the above, the Court HEREBY ORDERS as follow:

1. This case is set for a settlement conference before United States Magistrate Judge Gary S. Austin on **October 5, 2015**, at 10:30 a.m. at the U. S. District Court, Robert E. Coyle

1

Federal Courthouse located at 2500 Tulare Street, Fresno, CA, in Courtroom #10 on October 5, 2015, at 10:30 a.m.

2. A representative with full and unlimited authority to negotiate and enter into a binding settlement on the defendants' behalf shall attend in person.

3. Those in attendance must be prepared to discuss the claims, defenses and damages. The failure of any counsel, party or authorized person subject to this order to appear in person may result in the imposition of sanctions. In addition, the conference will not proceed and will be reset to another date.

4. The parties are requested to send Judge Austin a settlement conference statement on or before **September 28, 2015**, so that he may ascertain each party's expectations of the settlement conference.

5. The settlement conference statements shall address whether there have been any previous settlement negotiations.

IT IS SO ORDERED.

Dated:   **September 21, 2015**

UNITED STATES MAGISTRATE JUDGE