FILED

OCT 29 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY TAYLOR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OHANNESON, et.al.,<br><br>　　　　　Defendants. | Case No. 1:11-cv-00538-SAB (PC)<br><br>ORDER THAT INMATE **TRACY TAYLOR** IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IF DISCHARGED |

A jury trial in this matter commenced on October 26, 2015, inmate Tracy Taylor C.D.C.R. Inmate No. E-13981, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: 10/28/2015

_____
UNITED STATES MAGISTRATE JUDGE

1