

FILED
OCT 29 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

TRACY TAYLOR,

        Plaintiff,

vs.

SHAY OHANNESSON, et al,

        Defendants.
_____/

**JUDGMENT IN A CIVIL ACTION**

1:11-cv-00538-SAB (PC)

        JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

        IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT BE ENTERED IN FAVOR OF DEFENDANTS SHAY OHANNESSON, RENE DURAN, HOWARD SMITH and against PLAINTIFF TRACY TAYLOR.

DATED:  October 28, 2015

                                            MARIANNE MATHERLY, Clerk

                                            By: _____
                                                       Deputy Clerk